DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GOJO INDUSTRIES, INC., | ) | |
| | ) | CASE NO. 5:09-CV-2612 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BUCKEYE INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT ENTRY** |

For the reasons set  forth in the Memorandum Opinion filed contemporaneously with this

Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant Buckeye

International, Inc.'s motion for summary judgment is GRANTED.  Each party shall bear their own

costs.

Case closed.


  August 4, 2011                                          s/ David D. Dowd, Jr.
Date                                                         David D. Dowd, Jr.
                                                             U.S. District Judge