DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GOJO INDUSTRIES, INC., | ) | CASE NO. 5:09-CV-2612 |
| Plaintiff, | ) | |
| v. | ) | **SUPPLEMENTAL MEMORANDUM OPINION** |
| BUCKEYE INTERNATIONAL, INC., | ) | |
| Defendant. | ) | |

The only remaining issue in the above captioned matter is Defendant Buckeye International, Inc.'s second counterclaim for a declaration of invalidity (ECF No. 7 at 6) of Plaintiff GOJO Industries Inc.'s U.S. Patent No. 6,877,642 ("the '642 patent").

Given the Court's earlier filed Memorandum Opinion (ECF No. 56) and Judgment Entry (ECF No. 57), Defendant Buckeye International, Inc.'s second counterclaim for declaratory judgment of invalidity of the '642 patent is dismissed without prejudice as MOOT.

IT IS SO ORDERED.

| | |
|---|---|
|  August 9, 2011 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |