DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| GOJO INDUSTRIES, INC., )<br>  )<br>　　　　Plaintiff, )<br>  )<br>　　v. )<br>  )<br>BUCKEYE INTERNATIONAL, INC., )<br>  )<br>　　　　Defendant. ) | CASE NO. 5:09-CV-2612<br><br><br><br><br><br><br><br>**JUDGMENT ENTRY** |

For the reasons set forth in the Supplemental Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant Buckeye International, Inc.'s second counterclaim for declaratory judgment of invalidity of Plaintiff GOJO Industries Inc.'s U.S. Patent No. 6,877,642 is dismissed without prejudice as MOOT.

 August 9, 2011　　　　　　　　　　　　　　　　　　　s/ *David D. Dowd, Jr.*
Date　　　　　　　　　　　　　　　　　　　　　　　David D. Dowd, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge